UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

DANIEL WALKER, individually,
and on behalf of all others similarly
situated, *et al.*,

                      Plaintiffs,      **Civil Action No. 7:23-cv-568**

v.

BROOKS PUBLIC SAFETY       **COLLECTIVE ACTION**
LLC, *et al.*,      **PURSUANT TO 29 U.S.C. § 216(b)**

                      Defendants.

## **JOINT MOTION TO APPROVE SETTLEMENT**

Plaintiff Walker and Defendants (collectively the "Parties"), by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

### **CONCLUSION**

Wherefore the parties request that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Motion.

Respectfully submitted,

By: /s/
Brittany M. Haddox (VSB No. 86416)
Monica L. Mroz (VSB No. 65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
brittany@strelkalaw.com
monica@strelkalaw.com

Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)

By: /s/
N. Winston West, IV, Esq. (VSB No. 92598)
CRANFILL SUMNER LLP
5535 Currituck Drive, Suite 210
Wilmington, NC 28403
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
wwest@cshlaw.com

*Counsel for Defendants*

BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
craig@butlercurwood.com
zev@butlercurwood.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/     *Brittany M. Haddox*
Brittany M. Haddox (VSB No. 86416)
Monica L. Mroz (VSB No. 65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
brittany@strelkalaw.com
monica@strelkalaw.com

Zev H. Antell (VSB No. 74634)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
zev@butlercurwood.com

*Counsel for Plaintiff*